**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**COMMITTEE TO RESTORE
ARKANSANS' RIGHTS**                                                **PLAINTIFF**

**VS.**                    **CASE NO. 4:18-CV-333-KGB**

**LESLIE RUTLEDGE, in her capacity as
Attorney General for the State of Arkansas**                        **DEFENDANT**

**DRIVING ARKANSAS FORWARD**                **INTERVENOR-PLAINTIFF**

**NOTICE OF PLAINTIFF'S AND
INTERVENOR-PLAINTIFF'S WITHDRAW OF MOTION FOR
VOLUNTARY DISMISSAL AND REQUEST FOR EMERGENCY HEARING**

Plaintiff, Committee to Restore Arkansans' Rights, and Intervenor-Plaintiff, Driving Arkansas Forward, by and through their attorneys, Steel, Wright, Gray & Hutchinson, PLLC, for their Notice of Withdraw of their Motion for Voluntary Dismissal (Doc. 8) and Request for Emergency Hearing, state:

1. On May 18, 2018, Defendant filed her notice of removal. (Doc. 1).

2. On May 18, 2018, Plaintiff and Intervenor-Plaintiff filed a motion for voluntary dismissal. (Doc. 8).

3. On May 18, 2018, Defendant notified the Court that she objected to the motion for voluntary dismissal, and the Court ordered that her response be due on or before May 22, 2018. (Doc. 10).

4. In order to expedite this matter in all respects, Plaintiff and Intervenor-Plaintiff welcome the opportunity to present their case in this Court and hereby withdraw their motion for voluntary dismissal.

5. Plaintiff and Intervenor-Plaintiff requests an emergency hearing on their request for temporary restraining order and preliminary injunction, the reasons of which are set forth in their complaints. (Docs. 3–5).

WHEREFORE, Plaintiff and Intervenor-Plaintiff requests that their Motion for Voluntary Dismissal be withdrawn, and that an emergency hearing be scheduled at the Court's earliest convenience.

DATED THIS 18TH DAY OF MAY, 2018

> STEEL, WRIGHT, GRAY
> & HUTCHINSON, PLLC
> 400 W. Capitol Ave., Suite 2910
> Little Rock, Arkansas 72201
> 501-251-1587
> alex@swghfirm.com
> nate@swghfirm.com
>
> By: */s/ Alex T. Gray*_____
>   Alex T. Gray, Ark. Bar No. 2008127
>   Nate Steel, Ark. Bar No. 2007186
>
> *Attorneys for Petitioners*

## CERTIFICATE OF SERVICE

I, Alex T. Gray, do hereby certify that a true and correct copy of the foregoing was served on all counsel of record via the Court's electronic filing system, this 18th day of May, 2018:



_____*/s/ Alex T. Gray*_____
Alex T. Gray