# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

COMMITTEE TO RESTORE ARKANSANS' RIGHTS                              PLAINTIFF

v.                      Case No. 4:18-cv-00333-KGB

LESLIE RUTLEDGE, in her capacity as
Attorney General for the State of Arkansas                          DEFENDANT

DRIVING ARKANSAS FORWARD                              INTERVENOR-PLAINTIFF

## ORDER

On May 24, 2018, the Court held a hearing on plaintiff Committee to Restore Arkansans' Rights and intervenor-plaintiff Driving Arkansas Forward's complaints for declaratory judgment, temporary restraining order, and preliminary injunction (Dkt. Nos. 3, 5). At the hearing, the parties represented to the Court that they have settled this matter. The parties agree to the dismissal without prejudice of plaintiffs' claims pursuant to Federal Rule of Civil Procedure 41.

This matter is hereby dismissed without prejudice. The Court denies as moot plaintiffs' emergency motion for voluntary dismissal (Dkt. No. 8), plaintiffs' motion for temporary restraining order and preliminary injunction (Dkt. No. 14), and defendant Attorney General Leslie Rutledge's motion to quash subpoena (Dkt. No. 18).

It is so ordered this the 30th day of May, 2018.

_____
Kristine G. Baker
United States District Judge